UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------X
DAVID W. MOONEY, JR., d/b/a    :
David Mooney Architects,       :
                               :
     Plaintiff,                :
v.                             :   Civ No. 3:04CV00184(AWT)
                               :
PK LAND DEVELOPMENT, LLC,      :
MADAKET BEACH BUILDERS, LLC,   :
ANDREW TOTH, PAT PULITANO,     :
ERYN BINGLE, MICHAEL BINGLE,   :
and PCRE, LLC,                 :
                               :
     Defendants.               :
------------------------------X
DORON SABAG and SOUND BEACH    :
PARTNERS LLC,                  :
                               :
     Intervenor Plaintiffs,    :
v.                             :
                               :
PK LAND DEVELOPMENT, LLC,      :
MADAKET BEACH BUILDERS, LLC,   :
ANDREW TOTH, PAT PULITANO,     :
ERYN BINGLE, MICHAEL BINGLE,   :
and PCRE, LLC,                 :
                               :
     Defendants.               :
------------------------------X
DORON SABAG and SOUND BEACH    :
PARTNERS LLC,                  :
                               :
     Cross Complainant,        :
v.                             :
                               :
DAVID W. MOONEY, JR., d/b/a    :
David Mooney Architects,       :
                               :
     Cross Defendant.          :
------------------------------X
```

## ENDORSEMENT ORDER

Kenyon & Kenyon's Motion to Withdraw Appearance and for a Charging Lien (Doc. No. 121) is hereby GRANTED in part and

DENIED in part.  Kenyon & Kenyon's motion to withdraw appearance is being granted, and the Clerk shall terminate the appearances of Dana R. Kaplan, Jonathan D. Reichman and Daniel H. Solomon.  Plaintiff David W. Mooney, Jr. shall enter a <u>pro se</u> appearance forthwith unless some other counsel files an appearance on his behalf as to all aspects of these cases.

Kenyon & Kenyon's motion for a charging lien is being denied.  Kenyon & Kenyon has whatever rights are afforded it under applicable common law and the authority it cites in support of its motion, <u>Parmanand v. Capewell Components, LLC</u>, 289 F. Supp. 2d 35 (D. Conn. 2003), does not state or suggest that it would be appropriate for this court to issue the order requested.

It is so ordered.

Dated this 12th day of August 2005, at Hartford, Connecticut.

                                   /s/
                            Alvin W. Thompson
                         United States District Judge